## BRYAN *v.* THE STATE.

HILL, J. 1. The charges of the court to which exception is taken were authorized by the evidence, and were not erroneous for any reason assigned.

2. The verdict is supported by the evidence.

*Judgment affirmed. All the Justices concur.*

No. 449. DECEMBER 15, 1917.

Indictment for rape. Before Judge Wright. Walker superior court. June 9, 1917.

*R. D. Smith* and *Walter B. Shaw,* for plaintiff in error.

*Clifford Walker,* attorney-general, *Claude H. Porter,* solicitor-general, and *M. C. Bennet,* contra.